IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARK ANTHONY FOUNTAIN,**                                                              **PLAINTIFF**
**# K8577**

v.                                            CIVIL ACTION NO. 1:17cv60-HSO-JCG

**JUDGE HARCKE**                                                                         **DEFENDANT**

**FINAL JUDGMENT**

This matter is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Court's Order entered this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 19th day of July, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE
